# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

4:25-cv-106-BO

United States District Court – Eastern District of North Carolina

ALEXIS SMALLS VAUGHN,
Plaintiff,
v.
AQUITY SOLUTIONS,
Defendant.



FILED
JUN -9 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

Civil Action No.: _____

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

*(ADA, TITLE VII – Disability Discrimination, Retaliation, and Failure to Accommodate)*

## 1. Jurisdiction and Venue

This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as the events giving rise to this action occurred in North Carolina.

## 2. Parties

- Plaintiff: Alexis Smalls Vaughn, a resident of North Carolina.
- Defendant: Aquity Solutions, a company doing business in North Carolina.

## 3. Exhaustion of Remedies

Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) and received a Notice of Right to Sue, March 31, 2025. This Complaint is filed within 90 days of receipt of that notice.

## 4. Factual Background

Plaintiff was hired by Aquity Solutions in December 2023 and assigned to the Teladoc campaign. Her start date was delayed multiple times.

In September 2024, Plaintiff went on short-term disability leave due to a diagnosis of Bipolar II Disorder. Upon returning to work on October 18, 2024, Plaintiff encountered inconsistent expectations, poor communication, and overheard a provider saying they would be "better off without a scribe."

Plaintiff reported the discriminatory behavior, was removed from her assignment, placed on temporary unemployment, and later demoted to part-time. She was told she could not return to full-time for a year.

Plaintiff repeatedly requested reasonable accommodations, including consistent scheduling and clear expectations, to manage her mental health. These were not provided.

As a result of the instability, Plaintiff experienced multiple mental breakdowns, suicidal thoughts, and could not afford critical medications or therapy. This period also followed Plaintiff's escape from a domestic violence situation, worsening the trauma and financial burden.

## 5. Claims for Relief

Count I – Disability Discrimination (ADA)
Defendant failed to accommodate Plaintiff's disability, subjected her to adverse actions, and fostered a hostile work environment.

Count II – Retaliation (ADA and Title VII)
Defendant retaliated against Plaintiff for reporting discrimination and requesting accommodations by demoting her, altering her schedule, and undermining her employment status.

## 6. Damages

Plaintiff has suffered:

- Lost wages and benefits
- Emotional and psychological harm
- Loss of medical stability and continuity of care
- Financial instability and housing insecurity

## 7. Prayer for Relief

Plaintiff respectfully requests the following:

- Back pay and front pay
- Compensatory and punitive damages
- Attorney's fees and costs
- Reinstatement (if appropriate)
- Any other relief the Court finds just and proper

Plaintiff requests a jury trial.
Respectfully submitted,
*Alexis Smalls-Vaughn*
Alexis Smalls Vaughn
4420 Bostic Drive Apt 306 Greenville, NC 27834